UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Jeffrey Hall,
    Plaintiff,

v.     File No. 2:17 CV 139

Andrew Cassidy,
Our House Restaurant,
    Defendants.

ORDER

The Report and Recommendation of the United States Magistrate Judge was filed August 16, 2017. After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

Hall's application to proceed *in forma pauperis* is **GRANTED**. Hall's complaint (Doc. 5) is **DISMISSED without prejudice**. It is further ordered that Hall shall be granted 30 days from the date of this order within which to file an amended complaint. Failure to do so within the 30 day time frame will result in the dismissal of the case with prejudice.

This matter is returned to Magistrate Judge John M. Conroy for further proceedings.

Dated at Burlington, in the District of Vermont, this 26th day of September, 2017.

/s/ William K. Sessions III
William K. Sessions III
District Court Judge