UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Jeffrey Hall, | : |
|     Plaintiff, | : |
| | : |
| v. | : File No. 2:17 CV 139 |
| | : |
| Andrew Cassidy, | : |
| Our House Restaurant, | : |
|     Defendants. | : |

ORDER

The Report and Recommendation of the United States Magistrate Judge was filed October 31, 2017. After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

Hall's Amended Complaint (Doc. 6,8) is **DISMISSED** for lack of subject matter jurisdiction, with prejudice.

Dated at Burlington, in the District of Vermont, this 7th day of December, 2017.

/s/ William K. Sessions III
William K. Sessions III
District Court Judge